UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDDIE ALONZO JONES, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>JILL MCGUIRE, )<br>)<br>Respondent. ) | Case No. 4:03CV1294 JCH |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Petitioner's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody is **DENIED**, and his claims are **DISMISSED** without prejudice.

Dated this 27th day of March, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE